FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 FEB 22 PM 1: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

MAYBELLE KIRKLAND-BROWN,

    Plaintiff,

v.                                             Case No.: 3:10-cv-1000-J-20MCR

AMELIA ISLAND CARE CENTER,

    Defendant.
_____/

## ORDER

THIS CAUSE is before this Court on Defendant's Motion to Extend Case Management Deadlines (Doc. 18, filed February 2, 2012). Plaintiff has failed to file a response to the motion, and the time for doing so has passed. Accordingly, the instant motion will be treated as unopposed.

Therefore, it is **ORDERED**:

1. Defendant's Motion to Extend Case Management Deadlines (Doc. 18, filed February 2, 2012) is **GRANTED** and the deadlines set forth in the Case Management and Scheduling Order (Doc. 7, filed December 27, 2010) are extended as follows;

2. The discovery deadline is extended to February 16, 2012;

3. The dispositive motion deadline is extended to March 23, 2012;

4. The mediation deadline is extended to March 26, 2012:

5. The final pretrial conference is rescheduled for Wednesday, July 18, 2012, at 10:30 a.m.; and

6. This case is reset for trial during the trial term commencing on Monday, September 3, 2012.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of February, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Lisa Lovingood Kelly, Esq.
F. Damon Kitchen, Esq.
Jesse D. Bannon, Esq.
Lori K. Mans, Esq.

2